```
JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST.  SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       vs.<br><br>KENNETH C. KELLY, AKA<br>KENNETH CHARLES KELLY,<br><br>             Defendant | No. CV A 07-8380<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Kenneth C. Kelly, aka Kenneth Charles Kelly, in the principal amount of $3,867.33 plus interest accrued to December 3, 2007, in the sum of $6,571.72; with interest accruing thereafter at $0.90 per day until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$10,439.05**.

DATED: 2/5/08                    By: Sherri R. Carter
                                     Clerk of the Court

                                     /s/ K.Phillips for Sharon McGee-Traylor
                                     Deputy Clerk
                                     United States District Court

Page 5